IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DAVID MOSER, a/k/a JOSE DALLMAN, <br><br> Plaintiffs <br><br> v. <br><br> RAMON AYALA p/k/a DADDY YANKEE et. als. <br><br> Defendants | CIVIL NO.: 313-cv-01329-MEL <br><br><br> COPYRIGHT INFRINGEMENT |

### PLAINTIFF'S INFORMATIVE MOTION REGARDING SETTLEMENT

Plaintiff David Moser a/k/a Jose Dallman ("Plaintiff") files his informative motion solely to inform the Court of pending settlement. Plaintiff is aware that Court deadlines are passing and would respectfully show the Court that a settlement agreement has been reached and signed by all parties, and that performance of the terms of the settlement agreement are set to be complete within thirty days. Once performance is complete, Plaintiff intends to file a dismissal with prejudice of all claims against all parties.

Respectfully submitted,

Dated: August 20, 2014

*/s/ Freddie O. Torres Gómez*

Freddie O. Torres Gómez
USDC PR Bar No. 226409
Tulipan 170
Urb. San Francisco
San Juan, PR 00927-6221
Telephone: (787) 753-4712

*/s/ Linda Broocks*

**OF COUNSEL:**
**OGDEN, GIBSON, BROOCKS, LONGORIA & HALL, L.L.P.**
LINDA BROOCKS (*Pro hac vice*)
JAMES M. HALL

JANIECE LONGORIA
ALEXIS FOSTER
1900 Pennzoil South Tower
711 Louisiana
Houston, Texas  77002
(713) 844-3000
(713) 844-3030 Fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date August 20, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record.

/s/ Linda Broocks